```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/15/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARNER MURRAY,

                Plaintiff,

-against-

Freebird Stores, Inc.,

                Defendant.

24 Civ. 4634 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' proposed consent decree. ECF No. 14. By **October 29, 2024**, the parties shall submit a revised proposal that limits the Court's retention of jurisdiction to one year.

    SO ORDERED.

Dated: October 15, 2024
       New York, New York

                              ANALISA TORRES
                        United States District Judge